UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANCISCO HERNANDEZ PONCE and SERGIO
MIGNONEIO FIGUEROA, individually and on
behalf of others similarly situated,

    11 Civ. 1023 (CBO)(JO)

Plaintiffs,

-against-

JC IMMANUEL CORPORATION d/b/a
KEY FOOD, and OH JANG KWON,

    FILED
    SEP 2  2012
    BROOKLYN OFFICE

Defendants.

-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL AND ORDER

Plaintiffs, by their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that Defendant Oh Jang Kwon be dismissed without prejudice from the above captioned case, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

Dated: New York, New York
       September 20, 2012

           ADVOCATES FOR JUSTICE
           Attorneys for Plaintiff

           By: _____
           Arthur Z. Schwartz (AS-2683)
           Richard Soto (RS-9661)
           225 Broadway, Suite 1902
           New York, New York 10007
           (212) 285-1400

## ORDER

The aforestated stipulation of dismissal is approved and the Court's ongoing jurisdiction to enforce its terms is reserved.

           s/CBA
           U.S District Judge

Date: 9/21/12