UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Francisco Hernandez Ponce et al.,

                Plaintiff,

-against-

JC Immanuel Corp., et al,

                Defendant.
------------------------------------------------------------X

NOT FOR PUBLICATION
**MEMORANDUM & ORDER**
11-cv-1023 (CBA) (JO)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 05 2013 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge.**

Before the Court is Magistrate Judge James Orenstein's Report and Recommendation ("R&R") recommending that the Court *sua sponte* dismiss this action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The plaintiffs did not object. Where no timely objections have been filed, a district court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72, Notes of Advisory Committee; *Jarvis v. N. Am. Globex Fund, L.P*, 823 F.Supp.2d 161, 163 (E.D.N.Y. 2011). The Court has reviewed the record and, finding no clear error in the R&R, hereby adopts it in its entirety as the opinion of the Court.

This action is dismissed with prejudice. The Clerk of Court is directed to enter judgment against plaintiffs and close this case.

SO ORDERED.

Dated: Brooklyn, N.Y.
       March 5, 2013

                                        s/Carol Bagley Amon
                                        Carol Bagley Amon
                                        Chief United States District Judge